**Nagib M. FAYDALLA, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 45707.**

Missouri Court of Appeals,
Western District.

Dec. 1, 1992.

William D. Rotts, Columbia, for appellant.

Robert D. Aulgur, Asst. Pros. Atty., Boone County, Columbia, for respondent.

Before KENNEDY, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of resisting arrest, a misdemeanor under section 575.-150.1, RSMo 1986, punishment assessed at $300 fine and 10 days' imprisonment.

Judgment affirmed. Rule 30.25(b).